FILED
JUL 24 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>    v.<br><br>CAMARENO VARGAS-AVILES,<br> aka Aviles Vargas-Camareno,<br>    Juan A. Vargas,<br><br>           Defendant. | Criminal Case No. 08CR2465 JAH<br><br>I N F O R M A T I O N<br><br>Title 18, U.S.C., Sec. 1001 -<br>False Statement to a Federal<br>Officer |

The United States Attorney charges:

On or about June 24, 2008, within the Southern District of California, defendant CAMARENO VARGAS-AVILES, in a matter within the jurisdiction of the United States Department of Homeland Security, a department and agency of the United States, did knowingly and willfully make false, fictitious and fraudulent statements and representations as to material facts in that he did represent and state to federal agent that his name was Juan Vargas, whereas in truth and fact, as defendant then and here well knew that statement and

//
//
//
//

CEM:es:San Diego
7/10/08

1  representation was false, fictitious and fraudulent when made; in
2  violation of Title 18, United States Code, Section 1001.
3  DATED: 7/24/08

KAREN P. HEWITT
United States Attorney

For CALEB E. MASON
Assistant U.S. Attorney